CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 30 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| GARY THOMAS DAVIS, JR., | ) | CASE NO. 7:15CV00380 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| STEPHEN RAINES, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that the clerk **SHALL** correct the court's docket to include the following defendants: Henry County, Franklin County, Henry County Sheriff's Department, and Franklin County Sheriff's Department; but all claims against these defendants are hereby **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim. This action shall go forward only as to defendant Stephen Raines.

ENTER: This 30th day of SEPTEMBER, 2015.

/s/ Glen E. Conrad
Chief United States District Judge