CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 01 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| GARY DAVIS, | ) | CASE NO. 7:15CV00380 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| STEPHEN RAINES, | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the memorandum opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice**, pursuant to Fed. R. Civ. P. 41(b); and the action is **STRICKEN** from the active docket of the court.

ENTER: This 1st day of July, 2016.

_____
Chief United States District Judge